USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-28-21

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------X
UNITED STATES OF AMERICA :

    -against- : No. 17 Cr. 725 (JFK)

DAVID FOWLER, : **ORDER**

                  Defendant. :
-----------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

For substantially the same reasons articulated in the Government's April 28, 2021 letter opposing Defendant David Fowler's April 15, 2021 request for early termination of his term of supervised release, the Court finds that a reduction in Fowler's sentence is not warranted at this time. Accordingly, Fowler's motion, ECF No. 27, is DENIED.

The Clerk of Court is directed to terminate the letter motion at ECF No. 27.

**SO ORDERED.**

Dated: New York, New York
       April 28, 2021

                                     John F. Keenan
                              United States District Judge